

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Dan D. Kohane**
ddk@hurwitzfine.com

May 15, 2025

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



*Via ECF*

      Re:   *Erie Insurance Company v. E. Sprague Paving, Inc.*
             Civ. Action. No. 1:24-cv-07886
             Conference Date: May 20, 2025

Dear Honorable Katherine Polk Failla:

    The undersigned is counsel for Erie Insurance Company. On joint consent of all parties in this matter, the parties respectfully request a 60-day adjournment of the pretrial conference currently scheduled for May 20, 2025. This is the parties' second request for an extention in this matter. The parties' previous request was granted. The parties are currently engaged in settlement negotiations and are in the final stages of settlement.

    Please advise whether this meets with the court's approval.

    Thank you.

                                                                    Very truly yours,

                                                                    HURWITZ FINE P.C.

                                                                    Dan D. Kohane

Locations: Buffalo (headquarters) • Albany • Albion • Amherst • Hartford, CT
Englewood, NJ • Melville • Niagara Falls • Rochester • FAX/EMAIL NOT FOR SERVICE



**HURWITZ FINE P.C.**

Page 2

cc:  *Via ECF*
     Ronald Kossar

Application GRANTED. In light of the parties' representation that they are in the final stages of settlement negotiations, the post-fact conference currently scheduled for May 20, 2025, is hereby ADJOURNED to **August 12, 2025** at **10:00 a.m.** The conference will be telephonic. The dial-in information is as follows: At 10:00 a.m., the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated:   May 16, 2025           SO ORDERED.
         New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE